# EXHIBIT "C"

*PRELIMINARY & REPRESENTATIVE CLAIM CHARTS*
*MARE INFINITUS TECHNOLOGIES LLC v. SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,*
*and SAMSUNG SEMICONDUCTOR, INC.*

**MARE INFINITUS TECHNOLOGIES LLC'S U.S. PATENT NO. 9,209,164**

| Claim Language | Accused Instrumentality |
|---|---|
| 1. A package structure comprising: | <br><br>https://www.amd.com/en/products/accelerators/instinct/mi300/mi300x.html |

1

PRELIMINARY & REPRESENTATIVE CLAIM CHARTS

*MARE INFINITUS TECHNOLOGIES LLC v. SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG SEMICONDUCTOR, INC.*

| | |
|---|---|
| a first semiconductor device comprising a first semiconductor substrate and a first electronic device, the first semiconductor device having a first side and a second side opposite to the first side, wherein the first electronic device is disposed on the first side, and wherein the first semiconductor device has a via-hole formed completely through the first semiconductor device, wherein the via-hole has a first opening adjacent to the first side; | The Accused Instrumentality includes a first semiconductor device comprising a first semiconductor substrate and a first electronic device.<br><br> |

*PRELIMINARY & REPRESENTATIVE CLAIM CHARTS*
*MARE INFINITUS TECHNOLOGIES LLC v. SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,*
*and SAMSUNG SEMICONDUCTOR, INC.*





The first semiconductor device has a first side and second side opposite to the first. The electronic device is disposed on the first side.

*PRELIMINARY & REPRESENTATIVE CLAIM CHARTS*
*MARE INFINITUS TECHNOLOGIES LLC v. SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG SEMICONDUCTOR, INC.*



*PRELIMINARY & REPRESENTATIVE CLAIM CHARTS*
*MARE INFINITUS TECHNOLOGIES LLC v. SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG SEMICONDUCTOR, INC.*



The first semiconductor device has a via-hole formed completely through the first semiconductor device, wherein the via-hole has a first opening adjacent to the first side.

*PRELIMINARY & REPRESENTATIVE CLAIM CHARTS*
*MARE INFINITUS TECHNOLOGIES LLC v. SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG SEMICONDUCTOR, INC.*



*PRELIMINARY & REPRESENTATIVE CLAIM CHARTS*
*MARE INFINITUS TECHNOLOGIES LLC v. SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,*
*and SAMSUNG SEMICONDUCTOR, INC.*



*PRELIMINARY & REPRESENTATIVE CLAIM CHARTS*
*MARE INFINITUS TECHNOLOGIES LLC v. SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,*
*and SAMSUNG SEMICONDUCTOR, INC.*

| | |
|---|---|
| an interconnection structure disposed in the first semiconductor device, wherein the interconnection structure comprises: | The Accused Instrumentality includes an interconnection structure disposed in the first semiconductor device.<br><br> |

*PRELIMINARY & REPRESENTATIVE CLAIM CHARTS*
*MARE INFINITUS TECHNOLOGIES LLC v. SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,*
*and SAMSUNG SEMICONDUCTOR, INC.*

| | |
|---|---|
| a via structure disposed in the via-hole without exceeding the first opening; | The Accused Instrumentality includes a via structure disposed in the via hole without exceeding the first opening. |

*PRELIMINARY & REPRESENTATIVE CLAIM CHARTS*
*MARE INFINITUS TECHNOLOGIES LLC v. SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,*
*and SAMSUNG SEMICONDUCTOR, INC.*



*PRELIMINARY & REPRESENTATIVE CLAIM CHARTS*
*MARE INFINITUS TECHNOLOGIES LLC v. SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,*
*and SAMSUNG SEMICONDUCTOR, INC.*



| | |
|---|---|
| a first pad disposed on the first side of the first semiconductor device and covering the via-hole, wherein the first pad is adjoined to the via structure and is electrically connected to the first electronic device, and the first pad and the first electronic device are disposed on the same level of the first semiconductor device; and | The Accused Instrumentality includes a first pad disposed on the first semiconductor device.<br><br>The first pad covers the via hole, is adjoined to the via structure, and is electrically connected to the first electronic device. The first pad and the first electronic device are disposed on the same level of the first semiconductor device. The first pad electrically connects the via structure to the electronic device.<br><br> |

*PRELIMINARY & REPRESENTATIVE CLAIM CHARTS*
*MARE INFINITUS TECHNOLOGIES LLC v. SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,*
*and SAMSUNG SEMICONDUCTOR, INC.*

| a second semiconductor device vertically integrated with the first semiconductor device, wherein the second semiconductor device comprises a second electronic device electrically connected with the first electronic device. | The Accused Instrumentality includes a second semiconductor device vertically integrated with the first semiconductor device. The second semiconductor device includes a second electronic device electrically connected with the first electronic device.  |
| --- | --- |

*PRELIMINARY & REPRESENTATIVE CLAIM CHARTS*
*MARE INFINITUS TECHNOLOGIES LLC v. SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,*
*and SAMSUNG SEMICONDUCTOR, INC.*

| 3. The package structure as claimed in claim 1, wherein the second semiconductor device has a third side and a fourth side opposite to the third side, and wherein the second semiconductor device comprises a second semiconductor substrate adjacent to the fourth side and at least part of the second electronic device is adjacent to the third side. | The Accused Instrumentality includes a second semiconductor device that has a third side and a fourth side opposite to the third side, and wherein the second semiconductor device comprises a second semiconductor substrate adjacent to the fourth side and at least part of the second electronic device is adjacent to the third side.<br><br> |
|---|---|
| 5. The package structure as claimed in claim 3, wherein | The Accused Instrumentality includes a second side of the first semiconductor device and a third side of the second semiconductor device that face each other. |

| | |
|---|---|
| the second side of the first semiconductor device and the third side of the second semiconductor device face each other. |  |