# EXHIBIT "D"

*PRELIMINARY & REPRESENTATIVE CLAIM CHARTS*
*MARE INFINITUS TECHNOLOGIES LLC v. SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,*
*and SAMSUNG SEMICONDUCTOR, INC.*

**MARE INFINITUS TECHNOLOGIES LLC'S U.S. PATENT NO. 9,275,982**

| Claim Language | Accused Instrumentality |
|---|---|
| 1. A method of forming a package structure comprising: | On information and belief, the Accused Instrumentality is formed as required by Claim 1.  https://www.amd.com/en/products/accelerators/instinct/mi300/mi300x.html |

1

*PRELIMINARY & REPRESENTATIVE CLAIM CHARTS*
*MARE INFINITUS TECHNOLOGIES LLC v. SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,*
*and SAMSUNG SEMICONDUCTOR, INC.*

| | |
|---|---|
| providing a first semiconductor device having a first side and a second side opposite to the first side; | On information and belief, the Accused Instrumentality is formed by providing a first semiconductor device having a first side and a second side opposite to the first side.<br><br> |

*PRELIMINARY & REPRESENTATIVE CLAIM CHARTS*
*MARE INFINITUS TECHNOLOGIES LLC v. SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG SEMICONDUCTOR, INC.*



*PRELIMINARY & REPRESENTATIVE CLAIM CHARTS*
*MARE INFINITUS TECHNOLOGIES LLC v. SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,*
*and SAMSUNG SEMICONDUCTOR, INC.*

| | |
|---|---|
| | As one example, the first semiconductor device has a first side and second side opposite to the first.<br><br> |

*PRELIMINARY & REPRESENTATIVE CLAIM CHARTS*
*MARE INFINITUS TECHNOLOGIES LLC v. SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,*
*and SAMSUNG SEMICONDUCTOR, INC.*

| | |
|---|---|
| forming a via-hole through the first semiconductor device, wherein the via-hole has a first opening neighboring the first side and a second opening neighboring the second side; | On information and belief, the via hole of the Accused Instrumentality is formed through the first semiconductor device such that it has a first opening neighboring the first side and a second opening neighboring the second side.<br><br> |

*PRELIMINARY & REPRESENTATIVE CLAIM CHARTS*
*MARE INFINITUS TECHNOLOGIES LLC v. SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG SEMICONDUCTOR, INC.*



*PRELIMINARY & REPRESENTATIVE CLAIM CHARTS*
*MARE INFINITUS TECHNOLOGIES LLC v. SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,*
*and SAMSUNG SEMICONDUCTOR, INC.*

| | |
|---|---|
| forming a first pad covering the first opening; | On information and belief, the first pad of the Accused Instrumentality is formed such that it covers the first opening.<br><br> |

7

|  |  |
| --- | --- |
| forming a via structure in the via-hole subsequent to forming the first pad, wherein the via structure comprises a conductive material and is adjoined to the first pad; and | On information and belief, the via structure of the Accused Instrumentality is formed in the via hole subsequent to forming the first pad. The via structure comprises a conductive material and is adjoined to the first pad.<br><br><br><br>As one non-limiting example, the via at least comprises Cu. |

| | |
|---|---|
| | Cu-K<br> |

*PRELIMINARY & REPRESENTATIVE CLAIM CHARTS*
*MARE INFINITUS TECHNOLOGIES LLC v. SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG SEMICONDUCTOR, INC.*

| | |
|---|---|
| substantially vertically integrating the first semiconductor device with a second semiconductor device. | On information and belief, the Accused Instrumentality includes a first semiconductor device vertically integrated with a second semiconductor device.<br><br> |